# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAATAUSILI MARK ALAIMALO,<br><br>    Petitioner,<br><br>v.<br><br>J.L. NORWOOD, Warden,<br><br>    Respondent. | Case No. CV 08-1090-GPS (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: July 20, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE